**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES DAWSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNWORKS, INC., CHARLES F. CARGILE, DANIEL GROSS, JUDITH HALL, RHONE RESCH, and STANLEY SPEER,<br><br>    Defendants. | Case No: 2:20-cv-14803-JMV-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Dawson hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: January 19, 2021                                Respectfully submitted,

                                                       **HALPER SADEH LLP**

                                                       /s/ Zachary Halper
                                                       Zachary Halper, Esq.
                                                       186 Darwin Lane
                                                       North Brunswick, NJ 08902
                                                       Telephone: (212) 763-0060
                                                       Facsimile: (646) 776-2600
                                                       Email: zhalper@halpersadeh.com

                                                       *Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                          /s/ Zachary Halper
                                          Zachary Halper